Brenda SMITH, Plaintiff–Appellant,

v.

APPLETON PAPERS, INCORPORATED; Moore Corporation Limited, d/b/a Moore Business Forms, Incorporated; The Mead Corporation, Defendants–Appellees.

No. 02–1496.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Brenda Smith, Appellant Pro Se. Cowan Ervin Reid, Carlos LeMont Hopkins, Wright, Robinson, Osthimer & Tatum, Richmond, Virginia; Lawrence Joseph Quinn, Tydings & Rosenberg, Baltimore, Maryland; Laurence Brian Oppenheimer, Hiscock, Barclay, Saperston & Day, Buffalo, New York; Darlene Paige Bradberry, Breeden, Salb, Beasley & Duvall, Norfolk, Virginia; Joseph Dennis Rasnek, Carpenter, Bennett & Morrissey, Newark, New Jersey, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Brenda Smith appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. *See Smith v. Appleton Papers, Inc.*, No. CA–01–965–2 (E.D.Va. Apr. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*